# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2011

143557 & (55)(56)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

MARK EARL WHITE,
   Defendant-Appellant.

SC: 143557
COA: 297914
Saginaw CC: 09-032970-FC

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the June 16, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2011

_____
Clerk

y1017